DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRUSTEE FOR
SHEPARD LAND TRUST,**
Appellant,

v.

**ROCKET MORTGAGE LLC,** f/k/a **QUICKEN LOANS, INC.,
STEFAN THOMPSON, NADINE THOMPSON,
HANNA DEVELOPMENT CORP** d/b/a **HANNA DEVELOPMENT
CORPORATION, SOCIETY HILL HOMEOWNERS ASSOCIATION, INC.,**
and **CANNONGATE PROPERTY OWNER'S ASSOCIATION, INC.,**
Appellees.

No. 4D2023-0432

[December 21, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Senior Judge; L.T. Case No. 502019CA006028.

James R. Ackley of Law Offices of James R. Ackley, P.A., West Palm Beach, for appellant.

Ileen J. Cantor of LOGS Legal Group, LLP, Boca Raton, for appellee, Rocket Mortgage, LLC.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***